App. Div.]                    First Department, June, 1919.

AUDREY H. BAY v. JAMES H. BAY.— Motion to dismiss appeal denied. Present —. Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LEKAS & DRIVAS v. ALBERT SCHWILL & COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANNIE P. FAHNESTOCK v. FRANCES H. TOWNSEND.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CELIA .FRIEDMAN v. ISIDOR BLAUNER and Others.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ALBERT A. MOERS v. CARRIE C. MOERS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Phbinil, JJ.

In the Matter of ATTORNEY STREET.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of WHITE PLAINS ROAD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of REBECCA T. R. GAY, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM D. BLOODGOOD & COMPANY v. EDMUND COFFIN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS GUENTHER v. THE RIDGWAY COMPANY.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ATLAS ASSURANCE COMPANY, LTD., v. JOHN L. DUDLEY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

IMPERIAL PRODUCTS COMPANY, INC., v. CAPITOL CHEMICAL COMPANY. — Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARGUERITE V. BURKE v. CHARLES A. BAUDOUINE and Others.— Motion for stay pending appeal granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK NURSERY AND CHILD'S HOSPITAL v. LULU FEINBLOOM.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THEODORE DURHAM v. RUBIN LUBARSKY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

R. R. HANDKERCHIEF Co. v. BERTHA DIX.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of BENJAMIN LEVINSON, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.